IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| RYAN HARDIN AND ANDREW HILL, | § § § | |
| Plaintiffs, | § § | JURY TRIAL |
| vs. | § § | C.A. NO. 2:21-CV-00290-JRG (LEAD CASE) |
| SAMSUNG ELECTRONICS CO., LTD. AND SAMSUNG ELECTRONICS AMERICA, INC. | § § § § § | |
| Defendants. | § § | |
| RYAN HARDIN AND ANDREW HILL, | § § § | |
| Plaintiffs, | § § | JURY TRIAL |
| vs. | § § § | C.A. NO. 2:21-CV-00289-JRG (CONSOLIDATED CASE) |
| LG ELECTRONICS, INC. AND LG ELECTRONICS ALABAMA, INC. | § § § § | |
| Defendants. | § | |

**PLAINTIFFS' NOTICE OF COMPLIANCE**

Plaintiffs Ryan Hardin and Andrew Hill (collectively, "Plaintiffs"), hereby notify the Court that pursuant to the Docket Control Order and P.R. 4-1, plaintiffs have served their Identification of Proposed Claim Terms for Construction on counsel for Defendants.

Dated: April 14, 2022              Respectfully submitted,

                                   */s/ Thomas M. Melsheimer*
                                   **Thomas M. Melsheimer**
                                   Texas Bar No. 13922550
                                   tmelsheimer@winston.com
                                   **M. Brett Johnson**
                                   State Bar No. 00790975
                                   mbjohnson@winston.com

1

**Rex A. Mann**
Texas Bar No. 24075509
rmann@winston.com
**Chad B. Walker**
Texas Bar No. 24056484
cbwalker@winston.com
**Ahtoosa A. Dale**
Texas Bar No. 24101443
adale@winston.com
**WINSTON & STRAWN LLP**
2121 North Pearl Street, Suite 900
Dallas, TX 75201
Telephone: (214) 453-6500

**Saranya Raghavan** (*pro hac vice*)
sraghavan@winston.com
**WINSTON & STRAWN LLP**
35 West Wacker Drive
Chicago, IL 60601
Telephone: (312) 558-5600

**Wesley Hill**
Texas Bar No. 24032294
**WARD, SMITH & HILL, PLLC**
1507 Bill Owens Parkway
Longview, Texas 75604
(903) 757-6400 (main line)
wh@wsfirm.com

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing documents has been served on all counsel of record via the Court's ECF system.

/s/ *Thomas M. Melsheimer*
Thomas M. Melsheimer

2